IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TROY W. WINDHAM, | § | |
| | § | No. 556, 2016 |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | Court Below – Court of Chancery |
| v. | § | for the State of Delaware |
| | § | |
| DOCTOR'S ASSOCIATES, INC., | § | C.A. No. 10367 |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: May 17, 2017
Decided: May 31, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 31st day of May 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its October 31, 2016 decision.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice